CLERKS OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED

DEC 22 2017

JULIA C. DUDLEY, CLERK
BY: s/ MARTHA L. HUPP
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | | |
|---|---|---|
| TRACEY DECAROL MYERS, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 4:17-cv-00028 |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| NANCY A. BERRYHILL, | ) | By: Hon. Jackson L. Kiser |
| | ) | Senior United States District Judge |
| Defendant. | ) | |

Before me is the Report and Recommendation ("R&R") of the United States Magistrate Judge recommending that I grant Berryhill's Motion to Dismiss. The R&R was filed on November 28, 2017, and the parties had fourteen (14) days to file objections. No objections were filed. Accordingly, it is **ORDERED** and **ADJUDGED** that the R&R [ECF No. 19] shall be, and hereby is, **ADOPTED** in its entirety, and Berryhill's Motion to Dismiss [ECF No. 9] is hereby **GRANTED**. The clerk is directed to remove this case from the active docket of the court.

The clerk is directed to send a copy of this Order to the *pro se* plaintiff, counsel of record and to Magistrate Judge Hoppe.

Entered this 22nd day of December, 2017.

s/Jackson L. Kiser
SENIOR UNITED STATES DISTRICT JUDGE